

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2014

No. 04-11-00891-CR

James **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648A
Honorable Melisa Skinner, Judge Presiding

## O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to September 10, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2014.

_____
Keith E. Hottle
Clerk of Court